BLANK ROME, LLP
Attorneys for Plaintiff
AWB (GENEVA) S.A.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**07 CV 3824**

MAY 1 5 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AWB (GENEVA) S.A., <br><br> Plaintiff, <br><br> -against- <br><br> SPOT ON SHIPPING LIMITED, SPOT ON (HONG KONG) GROUP CORPORATION LIMITED, SPOT ON INTERNATIONAL GROUP LIMITED, CLAYTON STAR COMPANY LIMITED, PEHW FUND LIMITED AND PEHW ASSET MANAGEMENT LIMITED, <br><br> Defendants. | 07 Civ. <br><br> **RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff AWB (GENEVA) S.A. certifies that, according to information provided to counsel by its clients, AWB (GENEVA) S.A. is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

311817.1
900200.00001/6544084v.1

1

Dated:   New York, New York
         May 15, 2007

                                    BLANK ROME, LLP
                                    Attorneys for Plaintiff
                                    AWB (GENEVA) S.A.

                                    By: _____
                                        Jack A. Greenbaum (JG 0039)
                                    The Chrysler Building
                                    405 Lexington Ave.
                                    New York, NY 10174-0208
                                    (212) 885-5000