SWEET, J.

BLANK ROME, LLP
Attorneys for Plaintiff
AWB (GENEVA) S.A.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AWB (GENEVA) S.A.,

    Plaintiff,

-against-

SPOT ON SHIPPING LIMITED, SPOT ON (HONG KONG) GROUP CORPORATION LIMITED, SPOT ON INTERNATIONAL GROUP LIMITED, CLAYTON STAR COMPANY LIMITED, PEHW FUND LIMITED AND PEHW ASSET MANAGEMENT LIMITED,

    Defendants.

---

07 Civ. 3824 (RWS)

**NOTICE OF VOLUNTARY DISMISSAL**



    Plaintiff having commenced this action and obtained issuance of Maritime Attachment and Garnishment and no funds having been restrained, and

    Defendants having made no appearance in this action,

    NOW, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

    **ORDERED**, pursuant to F. R. Civ. P. Rule 41(a)(1), that the Order for the Issuance of Process of Maritime Attachment issued herein be vacated and that this matter be and the same hereby is discontinued, without prejudice and without costs.

Dated:    New York, New York
           February  , 2008

127536.00601/6613396v.1

SO ORDERED:

_____
U.S.D.J.

2-6-08

ENTRY OF THE ABOVE ORDER IS CONSENTED TO.

BLANK ROME LLP
Attorneys for Plaintiff
AWB (GENEVA) S.A.

By _____
Jack A. Greenbaum (JG 0039)
405 Lexington Ave.
New York, N.Y. 10174
(212) 885-8500